# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALBERT MARNOCH**, <br><br> Plaintiff, <br><br> *v.* <br><br> **HOME DEPOT U.S.A., INC.**, <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 21-5036-KSM** |

## SCHEDULING ORDER

**AND NOW**, this 2nd day of December, 2021, upon consideration of Plaintiff's Motion to Remand to State Court (Doc. No. 6), Defendant's response (Doc. No. 8), the Notice of Removal (Doc. No. 1), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion (Doc. No. 6) is **DENIED**.

**IT IS SO ORDERED**.

                                                       */s/ Karen Spencer Marston*
                                                      _____
                                                      KAREN SPENCER MARSTON, J.